No. 10–9865. PORCH *v.* LAFLER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–9867. MACIAS *v.* JACKSON, SUPERINTENDENT, NASH CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.

No. 10–9891. VAN HODGES *v.* UNITED STATES; and
No. 10–9939. THOMAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–9899. GALINDO *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10–9901. FRANKLIN *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–9903. ROMERO-CARCAMO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 10–9905. CANSLER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–9906. ESCOBEDO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–9907. CAULEY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–9909. POWELL *v.* HATCHER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–9910. JANGULA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–9914. TRIPLETT *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10–9917. ZIERKE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–9919. SCHUYLER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–9921. CONTRERAS-HERNANDEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.